Holly Sutherland, ISB #9521
Avery Law Office
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile:  (208) 297-5553

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In Re: | ) | Case No. 19-40643-JMM |
|---|---|---|
|  | ) |  |
| Linda Evans | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) |  |
| _____ | ) |  |

## APPLICATION FOR ALLOWANCE OF ATTORNEY'S
## FEES IN DISMISSED CHAPTER 13

**Notice of Motion for Allowance of Attorney Compensation and For a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of this objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW,** Holly Sutherland of Avery Law, and hereby respectfully request this Application For Allowance of Attorney's Fees and Costs in the Debtor's Dismissed Chapter 13 for professional services rendered to the Debtor by the application and for reimbursement of actual and necessary costs and expenditures incurred by the Applicant.

1. The Applicant, as attorney for the Debtor, performed all services seeking for the confirmation of the Debtor's Plan. A detailed list of services performed are attached.

2. The Applicant has received payments from the Debtors as follows:

   Total received before filing: $600.00

   Filing Fee Received : $310.00

   Amount applied to attorney's fees: $290.00

   Balance of Remaining Attorney's fees: $1,586.50

3. The trustee currently has $1666.32 on hand.

4. In addition to foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

   A. The details set forth by the Debtor herein concerning compensation paid and compensation promised to be paid to her attorney of record is a complete and accurate statement of the agreement betweeen the Debtor and attorney for legal services rendered.

   B. Applicant has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person.

   C. The rates per hour are $250.00 for each attorney and $85.00 per hour for paralegals.

D. The Debtor has been advised of our intent to seek payment of our fees from funds held by the trustee that would otherwise be refunded to him pursuant to 11 U.S.C. § 1326(a)(2). We have notified our clients of our intent to seek payment for services and that they have the right to object to the allowance of some or all of the fees requested.

E. I have exercised appropriate and reasonable billing judgment in the review of the invoicing statement attached hereto.

WHEREFORE, Avery Law respectfully request that the Court grant the Application for Allowance of Attorney's fees in the Debtor's Dismissed Chapter 13, and allow the Trustee to pay Attorney fees from funds on hand. Any additional funds shall be returned to the Debtors.

Dated this 21st day of February, 2020.

/s/ Holly Sutherland,
Attorney for Debtor

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on February, 21 2020, I electronically filed the Application for Attorney Fees with appropriate billing statements using the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned was served on February 21, 2020, upon the following person(s) by mailing with the necessary postage affixed thereto:

Linda Evans
217 6th Ave S.
Twin Falls, ID 83316

/s/ Crystal Robertson

# Avery Law

johnoavery@hotmail.com
O: 208.589.3342

# INVOICE

Chapter 13 - MRA

## Bill To:

Linda Evans
217 6th Ave S.
Twin Falls , ID 83316

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>7/2/2019<br>Meeting with client RE: package help; documents gather; and review of package info with client | Crystal Robertson | $85.00 | 1.00 | $85.00 |
| Draft/revise<br>7/5/2019<br>Draft petition and plan; scan documents and review bank statements and taxes | Crystal Robertson | $85.00 | 2.10 | $178.50 |
| Draft/revise<br>7/8/2019<br>Review petition and plan with changes with client | Holly Sutherland | $250.00 | 2.30 | $575.00 |
| Manage data/files<br>7/8/2019<br>File case and notify mortgage lender and Aldridge Pite. | Crystal Robertson | $85.00 | 0.40 | $34.00 |
| Draft/revise<br>7/17/2019<br>Draft 341 letter and docs needed ltr; upload docs to EPIC and clean up internal drive and folder | Crystal Robertson | $85.00 | 1.00 | $85.00 |
| Plan and prepare for<br>8/27/2019<br>Prepare case for 341 hearing; text client RE: Reminder docs to bring and time/place. | Crystal Robertson | $85.00 | 0.50 | $42.50 |
| Review/analyze<br>8/27/2019<br>Review of ICR | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Appear for/attend<br>8/28/2019<br>Attendance of 341 Hearing | Holly Sutherland | $250.00 | 1.00 | $250.00 |
| Communicate (with client)<br>9/12/2019<br>Call with client RE: Docs needed; Receipt of docs; scan upload same | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (with client)<br>9/16/2019<br>Email correspondence RE: Docs | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Review/analyze<br>9/18/2019<br>Review of Trustee Recommendations and draft amendments | Holly Sutherland | $250.00 | 0.40 | $100.00 |

I-1900118

Page 1 of 3

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>9/30/2019<br>Telephone conference with client while in office re: Explanation of ppw from mortgage company and fwd amendments for sig to Twin Paralegal; File same | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Draft/revise<br>10/1/2019<br>Draft Proof of Claim for HS review | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| Review/analyze<br>10/1/2019<br>Review of POCs and review POC for Pioneer Federal for unfiled claim; instruct to file | Holly Sutherland | $250.00 | 0.40 | $100.00 |
| Draft/revise<br>10/15/2019<br>Draft and mail CDE ltr for second bankruptcy course | Crystal Robertson | $85.00 | 0.20 | $17.00 |
| Communicate (other outside counsel)<br>11/8/2019<br>Meeting with trustee to discuss issues on confirmation | Holly Sutherland | $250.00 | 0.20 | $50.00 |
| Communicate (with client)<br>11/11/2019<br>Review of case and preparation for confirmation hearing; discuss with trustee | Holly Sutherland | $250.00 | 0.50 | $125.00 |
| Appear for/attend<br>11/12/2019<br>Attendance of Confirmation Hearing | Holly Sutherland | $250.00 | 0.30 | $75.00 |
| Communicate (other outside counsel)<br>12/22/2019<br>Email receipt from trustee RE: Deliq and amendments | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Review/analyze<br>1/7/2020<br>Review of MTD and call to client | Holly Sutherland | $250.00 | 0.10 | $25.00 |
| Communicate (with client)<br>1/14/2020<br>Call from client RE: behind on mortgage post and trustee payment; had to help family; discuss with HS | Crystal Robertson | $85.00 | 0.10 | $8.50 |
| | | Time Entries Total | 11.40 | $1,876.50 |

### Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Filing Fee<br>7/19/2019 | Crystal Robertson | $310.00 | 1.00 | $310.00 |
| | | Expenses Total: | 1.00 | $310.00 |

| | |
|---|---|
| Total (USD) | $2,186.50 |
| Payment 3289 2/21/2020<br>Transfer from Trust Account | $-600.00 |
| Balance | $1,586.50 |
| Total Outstanding | $1,586.50 |

## Terms & Conditions

Attorney Billable Rate $250.00 per hour

Paralegal Billable Rate $85.00 per hour